THE JOHN H. STARIN. (Circuit Court of Appeals, Second Circuit. June 14, 1912.) No. 22. Appeal from the District Court of the United States for the Eastern District of New York. This cause comes here upon additional testimony taken in compliance with opinion of this court filed November 20, 1911 (191 Fed. 800, 112 C. C. A. 286). James J. Macklin (De Lagnel Berier, of counsel), for appellants. James D. Dewell, Jr. (A. F. Cushman, of counsel), for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The witnesses have been recalled and cross-examined on matters touching which objections to their testifying were sustained in the District Court. Additional testimony has also been taken. The cross-examination has developed nothing of importance. Upon the whole record we cannot see that "privity or knowledge" by the owner is at all made out. Even if a thorough inspection before the accident might have disclosed a condition which called for attention, the petitioner is liable only for his personal negligence. He provided a shipyard for the repair of his floating property, and employed competent agents to inspect and maintain it. Their negligence is not his personal negligence. Quinlan v. Pew, 56 Fed. 113, 5 C. C. A. 438; The Tommy, 151 Fed. 570, 81 C. C. A. 50.

The decree is affirmed, with costs.

---

In re LLOYD ITALIANO SOCIETA DI NAVIGAZIONE. Appeal of UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 8, 1912.) No. 148. Appeal from the District Court of the United States for the Southern District of New York. Henry A. Wise, U. S. Atty. (Addison S. Pratt and Carl E. Whitney, Asst. U. S. Attys., of counsel), for the United States. Wallace, Butler & Brown (Frederick M. Brown, of counsel), for appellee. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. It appears from the papers, and was admitted at the argument, that a decision of the interesting question debated, no matter how it may be determined, will in no way affect the disposition of the fund as directed by the final decree entered in the District Court. The fact that the question is one which the shipping interests of this and other countries wish to have settled is unimportant. This court does not sit to hear and decide moot questions. Appeal dismissed.

---

In re LOVING. (Circuit Court of Appeals, Sixth Circuit. May 17, 1912.) No. 1,985. Petition for review to Western District of Kentucky. J. D. Mocquot, for petitioner. Bradshaw & Bradshaw, for respondent. See, also, 171 Fed. 834.

PER CURIAM. Dismissed for want of jurisdiction.

---

MARVEL BUCKLE CO. et al. v. ALMA MFG. CO. et al. (Circuit Court of Appeals, Fourth Circuit. May 11, 1912.) No. 1,040. Appeal from the Circuit Court of the United States for the District of Maryland, at Baltimore. A. V. Cushman, of Washington, D. C. (Morris A. Soper, Charles B. Mann, and Charles B. Mann, Jr., all of Baltimore, Md., on the brief), for appellants. Livingston Gifford and Charles S. Jones, both of New York City (S. H. Lauchheimer, of Baltimore, Md., on the brief), for appellees. Before PRITCHARD, Circuit Judge, and McDOWELL and CONNOR, District Judges.

PER CURIAM. The decision of the trial court (180 Fed. 1002) is affirmed, with costs.